

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER REINSTATING APPEAL

Appellate case name:      Herman Alfredo Lopez v. The State of Texas

Appellate case number:    01-18-00358-CR

Trial court case number:  16-CR-2498

Trial court:              212th District Court of Galveston County

       This appeal was abated and remanded to the trial court because appellant's counsel failed to file appellant's brief. A supplemental record of the abatement hearing has been filed indicating that the trial court found that counsel should remain on the appeal. Counsel subsequently filed an appellant's brief. Accordingly, we lift the abatement ordered by this Court and reinstate the appeal on the Court's active docket.

       It is so ORDERED.


Judge's signature: ____/s/ Sarah B. Landau_____
                              Acting individually


Date: ___September 10, 2019___